UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWANDA NEVERS                                    CIVIL ACTION

VERSUS

DEPARTMENT OF PUBLIC SAFETY           NO. 20-00485-BAJ-EWD
AND CORRECTIONS, ET AL.

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 17),** recommending that the Court dismiss Plaintiff's claims, in part, with prejudice for failure to state a claim and as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 17, p. 18). The Magistrate Judge recommends that the Court maintain Plaintiff's claims for monetary damages against Defendants Assistant Warden LaShawnda Burks, Deputy Warden Morgan Leblanc, Warden Frederick M. Boutte, Colonel "Brown," Assistant Warden Freddie J. Jackson, and Assistant Warden "Pedascleaux" in their individual capacities for failure to protect. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED IN PART, WITH PREJUDICE,** for failure to state a claim and as legally frivolous pursuant to

1

28 U.S.C. §§ 1915(e) and 1915A. The following claims remain: Plaintiff's claims for monetary damages against Defendants Assistant Warden LaShawnda Burks, Deputy Warden Morgan Leblanc, Warden Frederick M. Boutte, Colonel "Brown," Assistant Warden Freddie J. Jackson, and Assistant Warden "Pedascleaux" in their individual capacities for failure to protect.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 7th day of July, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**