UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWANDA NEVERS                                  CIVIL ACTION

VERSUS

DEP'T. OF PUB. SAFETY AND CORR., ET AL.                    NO. 20-00485-BAJ-EWD

### RULING AND ORDER

On February 22, 2023, the Magistrate Judge issued a **Report And Recommendation (Doc. 22, the "R&R")** recommending that Plaintiff's remaining claims be dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to timely effect service upon the remaining Defendants, LaShawnda Burks, Deputy Warden LeBlanc, Warden Boutte, Colonel Brown, Assistant Warden Jackson, and Assistant Warden Pedascleaux, and the above-captioned action be closed. (Doc. 22). No party filed a timely objection to the R&R.

Having carefully considered Plaintiff's Complaint (Doc. 1), Plaintiff's Amended Complaint (Doc. 15), the Magistrate Judge's prior R&R (Doc. 17), the Court's prior R&R adoption (Doc. 18), and all related filings, the Court **APPROVES** the Magistrate Judge's instant R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's remaining claims against the remaining Defendants LaShawnda Burks, Deputy Warden LeBlanc, Warden Boutte, Colonel

1

Brown, Assistant Warden Jackson, and Assistant Warden Pedascleaux be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service upon the remaining Defendants, pursuant to Fed. R. Civ. P. 4(m).

Judgment shall issue separately.

Baton Rouge, Louisiana, this 13th day of April, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**